UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY, JR. PINKNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-07140-JCS<br><br>**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED** |

    Defendant Nancy Berryhill, Acting Commissioner of Social Security, timely filed her answer in this action on March 19, 2019, but failed to file a copy of the administrative record as required by Local Rule 16-5 and 42 U.S.C. § 405(g). Defendant is ORDERED TO SHOW CAUSE why her default should not be entered by filing a response to this order no later than April 8, 2019.

**IT IS SO ORDERED.**

Dated: April 1, 2019

JOSEPH C. SPERO
Chief Magistrate Judge